IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAXINE SNYDMAN | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-1344 |
| | : | |
| AMPER, POLITZINER & MATTIA, LLP | : | |
| | : | |
| Defendant | : | |

### SETTLEMENT CONFERENCE ORDER

    Pursuant to the direction of the Honorable Michael M. Baylson, a settlement conference will be held in Chambers before the Honorable David R. Strawbridge in Room 3030, 3rd Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 on **Thursday, January 13, 2011** commencing at **1:30 p.m.**

    Counsel responsible for this matter **and** each party or party's representative with full settlement authority **must appear in person**. The Court will grant an exception to this requirement **only** upon a **written** showing of good cause and exceptional circumstances.

    The Court fully expects that the parties have a serious interest in pursuing settlement. Prior to the conference, but not later than **January 3, 2011,** counsel for plaintiff is to set out to defendant a written good faith demand. The defendant is to respond to the demand in good faith on or before **January 6, 2011** and is then to initiate a discussion with opposing counsel regarding the parties' settlement positions. The Court expects the parties to be fully prepared to discuss all issues relevant to the settlement process.

    The parties are directed to submit to the Court on or before **January 10, 2011**, a settlement memorandum of no more than four (4) typed double-spaced pages, setting out the following in order:

    1.  The names, telephone numbers, facsimile numbers and e-mail addresses of counsel to appear at the conference on behalf of the party;

    2.  The name of the party or the party's representative, including insurer if applicable (with title or position) to appear at the conference;

    3.       The status of any pending motions;

    4.       The status of discovery;

    5.       A brief statement of the factual and legal basis of the party's claims and/or defenses, including the elements and manner of proof;

    6.       A brief statement of the factual and legal basis of the party's damages, including the elements and manner of proof of their damages or, as appropriate, its position on damages claimed by any opposing party;

    7.       The last demand and/or offer; and

    8.       Any other matters that counsel believe may be relevant to settlement discussions.

The Court finds that diagrams, photos, schematics and particularly relevant documents are often helpful and their submission is encouraged. If any documents are over five (5) pages in length, counsel shall highlight or otherwise draw particular attention to the critically relevant portion of the document. Counsel are encouraged to review Judge Strawbridge's Standard Policy and Procedures on the United States District Court for the Eastern District of Pennsylvania's website (http://www.paed.uscourts.gov).

Settlement conference memoranda are to be exchanged and submitted to chambers, but need not be filed with the Clerk of Court. If counsel feel further communication with the Court is necessary on an ex parte basis, they may provide the Court with a brief submission. If they do so, they are to advise all other counsel of the fact that they have done so.

BY THE COURT:

/s/ David R. Strawbridge
David R. Strawbridge
United States Magistrate Judge
267-299-7790 - telephone
267-299-5065 - facsimile

Date: December 6, 2010