IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXINE SNYDMAN, | Case No.: 2:10-cv-1344 (MMB) |
| Plaintiff, | |
| | *Civil Action* |
| v. | |
| AMPER, POLITZINER & MATTIA, LLP, | |
| Defendant. | |

## STIPULATION TO EXTEND DEADLINES

*Whereas*, the parties have agreed to mediate this matter before the Honorable David R. Strawbridge; and

*Whereas*, the mediation before Magistrate Judge Strawbridge has been postponed by Judge Strawbridge until some time in February, 2011;

*Now Therefore*, the parties stipulate to an extension of the deadlines in this matter as follows:

1. Discovery Deadline:     April 15, 2011.

2. Exchange of expert reports pursuant to Rule 26(a)(2).

    Plaintiff:     February 18, 2011.

    Defendant:     March 18, 2011.

3. Deadline for dispositive motions:     May 6, 2011.

4. Pretrial Memorandum filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

    Plaintiff:     May 16, 2011.

    Defendant:     June 1, 2011.

5. Date for trial or entry into trial pool:     June 20, 2011.

The parties shall follow Judge Baylson's pretrial and trial procedures.

| | |
|---|---|
| /s/ | /s/ (ABE2825) |
| Mark A. Saloman, Esquire | Alan B. Epstein, Esquire (ABE2825) |
| *Pro Hac Vice* | SPECTOR GADON & ROSEN PC |
| PROSKAUER ROSE LLP | Seven Penn Center |
| One Newark Center, 18th Floor | 1635 Market Street |
| Newark, NJ 07102 | 7th Floor |
| | Philadelphia, PA 19103 |

Dated: January 3, 2011

APPROVED BY THE COURT:

_____ 1/6/11
Michael M. Baylson, U.S.D.J.

fax
cc: Saloman (mail)
　　Abrams
　　Epstein
　　Cohen

21-008 Current/21010835v2