IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXINE SNYDMAN,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>AMPER, POLITZINER & MATTIA, LLP,<br><br>　　　　　　Defendant. | Case No.: 2:10-cv-1344 (MMB)<br><br>*Civil Action* |

## AMPER, POLITZINER & MATTIA, LLP'S MOTION FOR SANCTIONS

Amper, Politziner & Mattia, LLP hereby files its Motion for Sanctions and relies upon its accompanying Memorandum and Declaration of Mark A. Saloman, Esq., with annexed exhibits in support as if filed at length herein.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Date: February 10, 2011　　　　　　　PROSKAUER ROSE LLP


　　　　　　　　　　　　　　　　By: */s/ Mark A. Saloman*
　　　　　　　　　　　　　　　　　　Marvin M. Goldstein
　　　　　　　　　　　　　　　　　　Mark A. Saloman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Nausheen Rokerya
　　　　　　　　　　　　　　　　　　One Newark Center, 18th Floor
　　　　　　　　　　　　　　　　　　Newark, New Jersey  07102
　　　　　　　　　　　　　　　　　　T: (973) 274-3200
　　　　　　　　　　　　　　　　　　F: (973) 274-3299
　　　　　　　　　　　　　　　　　　E: msaloman@proskauer.com
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Amper, Politziner & Mattia, LLP

　　　　　　　　　　　　　　　　　　SORINROYERCOOPER, LLC
　　　　　　　　　　　　　　　　　　Barry L. Cohen, Esquire
　　　　　　　　　　　　　　　　　　101 West Elm Street, Suite 220
　　　　　　　　　　　　　　　　　　Conshohocken, Pennsylvania 19428
　　　　　　　　　　　　　　　　　　T: (484) 362-2628
　　　　　　　　　　　　　　　　　　F: (484) 362-2630
　　　　　　　　　　　　　　　　　　E: bcohen@sorinroyercooper.com