**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MAXINE SNYDMAN, | : | |
| | : | Case No.: 2:10-cv-1344 (MMB) |
| Plaintiff, | : | |
| | : | *Civil Action* |
| v. | : | |
| | : | |
| AMPER, POLITZINER & MATTIA, LLP, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND Now, this _____ day of February 2011, upon consideration of Amper, Politziner & Mattia, LLP's Motion for Sanctions and any Reply thereto, it is hereby ORDERED and DECREED, that such Motion is GRANTED.

It is further ORDERED and DECREED that Plaintiff Maxine Snydman shall pay Defendant $_____ within \_\_\_\_\_ days of this Order.

By The Court,

_____
J.