## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAXINE SNYDMAN,                              :
                                             :          Case No.: 2:10-cv-1344 (MMB)
            Plaintiff,                       :
                                             :          *Civil Action*
        v.                                   :
                                             :
AMPER, POLITZINER & MATTIA, LLP,             :
                                             :
            Defendant.                       :

## CERTIFICATE OF SERVICE

The undersigned counsel for defendant, Amper, Politziner & Mattia, LLP, hereby

certifies that on this date, a true and correct copy of the foregoing, Motion for Sanctions was

served electronically when filed through the Court's ECF system onto:

Alan B. Epstein, Esq.
Nancy Abrams, Esq.
Spector Gadon & Rosen, P.C.
1635 Market Street, Seventh Floor
Seven Penn Center
Philadelphia, Pennsylvania 19103
Attorneys for Plaintiff, Maxine Snydman

Date: February 10, 2011                      By:  */s/ Mark A. Saloman*
                                                    Mark A. Saloman