IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAXINE SNYDMAN<br>        Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 2:10-cv-01344 |
| AMPER, POLITZINER & MATTIA, LLP<br>        Defendant | : | |

**RESPONSE OF PLAINTIFF MAXINE SNYDMAN**
**TO DEFENDANT'S MOTION FOR SANCTIONS**

Plaintiff, Maxine Snydman, opposes the Motion of Defendant Amper, Politzineer & Mattia, LLP for Sanctions for the reasons set forth at length in the accompanying Memorandum of Law and Declarations of Alan B. Epstein, Esquire and Nancy Abrams, Esquire and other Exhibits attached thereto.

Respectfully submitted,

_____/s/_____  ABE 2825
Alan B. Epstein, Esquire (I.D. # 02346)
Nancy Abrams, Esquire (I.D. # 31089)

SPECTOR GADON & ROSEN, PC
Seven Penn Center
1635 Market Street, Seventh Floor
Philadelphia, PA 19103
Attorneys for Plaintiff, Maxine Snydman

Dated: February 24, 2011