IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAXINE SNYDMAN**<br>    Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | **No. 2:10-cv-01344** |
| **AMPER, POLITZINER & MATTIA, LLP**<br>    Defendant | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2011, upon consideration of Defendant's Motion for Sanctions and Plaintiff's Response thereto, it is hereby **ORDERED** that Defendant's Motion is **DENIED**. It is further **ORDERED** that Defendant's Motion for Sanctions was frivolous and, therefore, Plaintiff is awarded the attorneys' fees and costs she incurred in responding to Defendant's Motion.

BY THE COURT

_____
David R. Strawbridge, M.J.