IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXINE SNYDMAN, | : |
| | : Case No.: 2:10-cv-1344 (MMB) |
| Plaintiff, | : |
| | : *Civil Action* |
| v. | : |
| | : |
| AMPER, POLITZINER & MATTIA, LLP, | : |
| | : |
| Defendant. | : |

## AMPER, POLITZINER & MATTIA, LLP'S MOTION TO COMPEL DISCOVERY

Amper, Politziner & Mattia, LLP hereby files its Motion to Compel Discovery and relies upon its accompanying Memorandum and Declaration of Mark A. Saloman, Esq., with annexed exhibits in support as if filed at length herein.

Respectfully Submitted,

Date: February 10, 2011                    PROSKAUER ROSE LLP

By: */s/ Mark A. Saloman*
Marvin M. Goldstein
Mark A. Saloman (admitted *pro hac vice*)
Nausheen Rokerya
One Newark Center, 18th Floor
Newark, New Jersey 07102
T: (973) 274-3200
F: (973) 274-3299
E: msaloman@proskauer.com
Attorneys for Defendant
Amper, Politziner & Mattia, LLP

SORINROYERCOOPER, LLC
Barry L. Cohen, Esquire
101 West Elm Street, Suite 220
Conshohocken, Pennsylvania 19428
T: (484) 362-2628
F: (484) 362-2630
E: bcohen@sorinroyercooper.com