DATE OF NOTICE:  March 2, 2011

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAXINE SNYDMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 10-1344 |
| AMPER, POLITZINER & MATTIA, LLP | : | |

### NOTICE

Please be advised that a telephone conference will be held regarding Defendant's outstanding motions and scheduling on **Monday, March 7, 2011 at 4:45 p.m.** with the Honorable Michael M. Baylson.  Defendant's counsel will initiate, and when all counsel are on the line, call Chambers at 267.299.7520.

      s/Lynn Meyer
Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:   Nancy Abrams, Esquire (fax & e-mail)
      Alan Epstein, Esquire (fax & e-mail)
      Barry Cohen, Esquire (fax & e-mail)
      Mark Saloman, Esquire (e-mail)

O:\Notices\Snydman v. Amper 10-1344 - TC notice.wpd