# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAXINE SNYDMAN | : | CIVIL ACTION |
| v. | : | |
| AMPER, POLITZINER & MATTIA, LLP, et al. | : | NO. 10-1344 |

## ORDER

AND NOW, this 9th day of March, 2011, following an unrecorded telephone conference with counsel on March 7, 2011, it is hereby ORDERED as follows:

1. A hearing will be held on March 22, 2011 at 4:00 p.m. in Courtroom 14A, at which time the Court will hear argument and/or evidence on all open motions. The time is subject to change.

2. The hearing will include a discovery conference to determine any issues between the parties on the topic of discovery. Counsel shall communicate with each other promptly as to desired depositions and any other discovery, and determine whether agreement can be reached. If there are any outstanding issues on discovery prior to the conference, counsel shall send in a letter, without argument or legal citation, listing discovery issues for resolution at the conference. The letter should be sent to Chambers no later than the close of business on March 21, 2011.

BY THE COURT:

s/Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-1344 Snydman v. Amper\Snydman v. Amper - Order 3-8-11.wpd