IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAXINE SNYDMAN | : | CIVIL ACTION |
| v. | : | |
| AMPER, POLITZINER & MATTIA, LLP, et al. | : | NO. 10-1344 |

**ORDER**

AND NOW, this 23rd day of March, 2011, following oral argument on March 22, 2011 on pending motions, it is hereby ORDERED as follows:

1. As to Defendants' Motion for Sanctions (ECF No. 22) relating to Defendants' allegations that Plaintiff and her counsel should be sanctioned for failing to participate in a settlement conference held before Magistrate Judge Strawbridge, the Court indicated that it will discuss this issue with Judge Strawbridge and took the matter under advisement.

2. As to Defendants' Motion to Compel Discovery (ECF No. 26), the Motion is GRANTED in part and DENIED in part. The Court made specific rulings which are reflected on the record.

As discussed, Plaintiff will promptly consult with her counsel and provide to defense counsel the names and contact information for all medical providers that Plaintiff has seen within the last five (5) years. Plaintiff will also secure the medical records from all of these providers, and at the option of Plaintiff's counsel, will either serve a copy of these records on Defendants or will submit them for in camera review by the Court, together with a certification of compliance with the Court's Orders. The Court will determine which, if any, records should

be disclosed to defense counsel and whether any further restrictions on their use would be appropriate.

     3.     The Court agreed to extend discovery to June 24, 2011, as requested by both parties.

     4.     Plaintiff has already served an expert report, and Defendants shall serve their expert report(s) by May 24, 2011.

     5.     Dispositive motions shall be filed by July 22, 2011.

     6.     Plaintiff's pretrial memorandum is due by August 15, 2011.

     7.     Defendants' pretrial memorandum is due by August 30, 2011.

     8.     Trial pool date is September 15, 2011.

     9.     The Court ruled on Defendants' subpoena to Plaintiff for corporate records, as noted on the transcript of the hearing.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-1344 Snydman v. Amper\Snydman v. Amper - Order 3-23-11.wpd