IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAXINE SNYDMAN | : | CIVIL ACTION |
| v. | : | |
| AMPER, POLITZINER & MATTIA, LLP, et al. | : | NO. 10-1344 |

## ORDER

AND NOW, this 24th day of March, 2011, upon agreement of counsel, it is hereby ORDERED as follows:

1. The Clerk's Office is directed to place under seal Exhibits 1 through 4 to the Declaration of Mark A. Saloman (ECF No. 22-3) filed on February 10, 2011 and attached to Defendants' Motion for Sanctions (ECF No. 22).

2. Defendants shall refile the Declaration of Mark A. Saloman with the correct exhibits attached.

BY THE COURT:

s/Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-1344 Snydman v. Amper\Snydman v. Amper - Order redaction.wpd