IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAXINE SNYDMAN | : | CIVIL ACTION |
| v. | : | |
| AMPER, POLITZINER & MATTIA, LLP | : | NO. 10-1344 |

### ORDER RE: DEFENDANTS' MOTION FOR SANCTIONS

In this case, Defendant has filed a Motion for Sanctions arising out of a settlement conference held before the Honorable David Strawbridge (ECF No. 22). At oral argument on this Motion on March 22, 2011, Defendant's counsel agreed to the Court's referring this Motion to Judge Strawbridge under Rule 72(a), F.R.Civ. P. Plaintiff objected to any further consideration of the Motion, asserting that it had no merit.

After consultation with Judge Strawbridge, it is hereby ORDERED that the Court will refer the Motion to Judge Strawbridge.

BY THE COURT:

s/Michael M. Baylson

Date:   4/5/11

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-1344 Snydman v. Amper\Snydman v. Amper - Order Mot Sanctions.wpd