IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAXINE SNYDMAN, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-1344 |
| | : | |
| AMPER, POLITZINER & MATTIA, LLP, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 15th day of July, 2011, upon consideration of Amper, Politziner & Mattia, LLP's Motion for Sanctions (Doc. 22), the Response of Plaintiff Maxine Snydman to Defendant's Motion for Sanctions (Doc. 24), and Defendant's Reply Memorandum in Further Support of its Motion for Sanctions (Doc. 28), and for the reasons set forth in the Memorandum Opinion filed this date, it is hereby **ORDERED** that Defendant's motion is **GRANTED IN PART**. **IT IS FURTHER ORDERED** that Maxine Snydman and Alan B. Epstein, Esquire shall pay, jointly and severally, the amount of $3,326.09 to Eisner Amper, LLP **by August 15, 2011**.

BY THE COURT:

/s/ David R. Strawbridge
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE