**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MAXINE SNYDMAN, | : |
| | :    Case No.: 2:10-cv-1344 (MMB) |
| Plaintiff, | : |
| | :    *Civil Action* |
| v. | : |
| | : |
| AMPER, POLITZINER & MATTIA, LLP, | : |
| | : |
| Defendant. | : |

## STIPULATION TO EXTEND DEADLINES

*Whereas*, pending discovery motions were addressed by the Honorable Michael J. Baylson, by Order dated March 23, 2011 (Docket No. 33), and consistent with the requirements of the Court's Order;

*Now Therefore*, the parties stipulate to an extension of the deadlines in this matter as follows:

1. Discovery Deadline:     August 30, 2011     .

2. Deadline for dispositive motions:     October 4, 2011     .

3. Pretrial Memorandum filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

   Plaintiff:     October 19, 2011     .

   Defendant:     November 4, 2011     .

4. Date for trial or entry into trial pool:     November 21, 2011     .

2

The parties shall follow Judge Baylson's pretrial and trial procedures.

| _/s/_ (MAS5764). | _/s/_ (ABE2825). |
|---|---|
| Mark A. Saloman, Esquire (MAS5764) | Alan B. Epstein, Esquire (ABE2825) |
| *Pro Hac Vice* | SPECTOR GADON & ROSEN PC |
| PROSKAUER ROSE LLP | Seven Penn Center |
| One Newark Center, 18th Floor | 1635 Market Street, 7th Floor |
| Newark, New Jersey  07102 | Philadelphia, Pennsylvania 19103 |

Dated: July 20, 2011

APPROVED BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.