IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXINE SNYDMAN, | : |
| Plaintiff, | : Case No.: 2:10-cv-1344 (MMB) |
| | : *Civil Action* |
| v. | : |
| AMPER, POLITZINER & MATTIA, LLP, | : |
| Defendant. | : |

## STIPULATION TO EXTEND DEADLINES

*Whereas*, pending discovery motions were addressed by the Honorable Michael J. Baylson, by Order dated March 23, 2011 (Docket No. 33), and consistent with the requirements of the Court's Order;

*Now Therefore*, the parties stipulate to an extension of the deadlines in this matter as follows:

1. Discovery Deadline: __August 30, 2011__.

2. Deadline for dispositive motions: __October 4, 2011__.

3. Pretrial Memorandum filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

    Plaintiff: __October 19, 2011__.

    Defendant: __November 4, 2011__.

4. Date for trial or entry into trial pool: __November 21, 2011__.

The parties shall follow Judge Baylson's pretrial and trial procedures.

| /s/ (MAS5764). | /s/ (ABE2825). |
|---|---|
| Mark A. Saloman, Esquire (MAS5764) | Alan B. Epstein, Esquire (ABE2825) |
| *Pro Hac Vice* | SPECTOR GADON & ROSEN PC |
| PROSKAUER ROSE LLP | Seven Penn Center |
| One Newark Center, 18th Floor | 1635 Market Street, 7th Floor |
| Newark, New Jersey 07102 | Philadelphia, Pennsylvania 19103 |

Dated: July 20, 2011

APPROVED BY THE COURT:

7/25/11

Michael M. Baylson, U.S.D.J.

fax
cc: Cohen
    Abrams
    Epstein
    Saloman (mail)