IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXINE SNYDMAN, <br><br> Plaintiff, <br><br> v. <br><br> AMPER, POLITZINER & MATTIA, LLP, <br><br> Defendant. | Case No.: 2:10-cv-1344 (MMB) <br><br> *Civil Action* |

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I.  APPLICANT'S STATEMENT

I, Marvin M. Goldstein, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.  *I state that I am currently admitted to practice in the following state jurisdictions:*

| New Jersey | 5/15/1973 | 286851973 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New York | 3/1970 | B 10006945 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  *I state that I am currently admitted to practice in the following federal jurisdictions:*

| USDC for the District of NJ | 5/15/1973 | MG-4112 |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| 3rd Circuit Court of Appeals | 11/1982 | N/A |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| USDC, Southern District of NY | 6/8/1993 | MG-4112 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| USDC, Eastern District of NY | 6/1993 | MG-4112 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

| USDC, Northern District of NY | 8/1995 | 104348 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

| 2nd Circuit Court of Appeals | 11/8/1999 | N/A |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

| 11th Circuit Court of Appeals | 1/7/2003 | N/A |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

| Western Dist of Michigan | 5/27/2003 | MG-4112 |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for Defendant Amper, Politziner & Mattia, LLP*

_____
(Applicant's Signature)

7/26/11
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
973.274.3200

Sworn and subscribed before me this

26th Day of July, 2011

_____
Notary Public

JOSEPHINE GREEN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 27, 2014

10/04

I.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Marvin M. Goldstein to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Barry L. Cohen | *signature* | 12/1993 | 068864 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER

SorinRoyerCooper LLC
101 W. Elm Street
Suite 220
Conshohocken, PA 19428
(484) 362-2628

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXINE SNYDMAN,<br><br>              Plaintiff,<br><br>    v.<br><br>AMPER, POLITZINER & MATTIA, LLP,<br><br>              Defendant. | Case No.: 2:10-cv-1344 (MMB)<br><br>*Civil Action* |

ORDER

    AND NOW, this _____ Day of _____, 2011, it is hereby

    ORDERED that the application of <u>Marvin M. Goldstein</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

    ☐      GRANTED.

    ☐      DENIED.

                                                                                               J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXINE SNYDMAN, | Case No.: 2:10-cv-1344 (MMB) |
| Plaintiff, | |
| v. | *Civil Action* |
| AMPER, POLITZINER & MATTIA, LLP, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of <u>Marvin M. Goldstein</u> Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Alan B. Epstein, Esq.
Nancy Abrams, Esq.
Spector Gadon & Rosen, P.C.
1635 Market Street, Seventh Floor
Seven Penn Center
Philadelphia, Pennsylvania 19103

_____
Signature of Attorney

<u>Barry L. Cohen</u>
Name of Attorney

<u>Amper, Politziner & Mattia, LLP</u>
Name of Moving Party

_____
Date