**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAXINE SNYDMAN** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 2:10-cv-01344 |
| **AMPER, POLITZINER & MATTIA, LLP** | : | |
| Defendant | : | |

**PLAINTIFF'S OBJECTIONS TO THE JULY 15, 2011
ORDER OF THE HONORABLE DAVID R. STRAWBRIDGE**

Pursuant to Federal Rule of Civil Procedure 72(a), Plaintiff, Maxine Snydman, and her attorney, Alan B. Epstein, object to the July 15, 2011 Order of the Honorable David R. Strawbridge for the reasons set forth at length in the attached Motion for Reconsideration and accompanying Memorandum of Law. Plaintiff and her counsel respectfully request that this Court hold these Objections in abeyance until Judge Strawbridge rules on their Motion for Reconsideration, a coy of which is attached.

Respectfully submitted,

_____/s/_____ ABE 2825
Alan B. Epstein, Esquire (I.D. # 02346)
Nancy Abrams, Esquire (I.D. # 31089)

SPECTOR GADON & ROSEN, PC
Seven Penn Center
1635 Market Street, Seventh Floor
Philadelphia, PA 19103
Attorneys for Plaintiff, Maxine Snydman

Dated: July 29, 2011

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the foregoing Objections to the July 15, 2011 Order of the Honorable David R. Strawbridge were served on counsel for Defendant by transmitting a copy thereof via USDC EDPa ECF notification and via electronic mail to:

Mark A. Saloman, Esquire
PROSKAUER ROSE LLP
One Newark Center
Newark, NJ  07102-5211
msaloman@proskauer.com

Barry L. Cohen, Esquire
SORIN ROYER COOPER, LLC
101 West Elm Street, Suite 220
Conshohocken, PA  19428
bcohen@sorinroyercooper.com

Counsel for Defendant Amper, Politziner & Mattia, LLP

                                                      /s/           NA1161
                                            Nancy Abrams, Esquire

Dated: July 29, 2011