IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXINE SNYDMAN, | Case No.: 2:10-cv-1344 (MMB) |
| Plaintiff, | *Civil Action* |
| v. | |
| AMPER, POLITZINER & MATTIA, LLP, | |
| Defendant. | |

ORDER

AND NOW, this __3rd__ Day of __August__, 2011, it is hereby

ORDERED that the application of <u>Marvin M. Goldstein</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
Michael M. Baylson, U.S.D.J.

Jay
cc: Cohen
    Abrams
    Epstein
    Saloman (mail)