IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAXINE SNYDMAN, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| AMPER, POLITZINER & MATTIA, LLP, | : | |
|     Defendant. | : | NO. 10-1344 |

FILED

AUG 18...

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 18th day of August, 2011, upon consideration of Amper, Politziner & Mattia, LLP's Cross-Motion for Sanctions (Doc. 49), which principally reflects its opposition to Plaintiff's motion (Doc. 46) seeking reconsideration of the Order of Magistrate Judge Strawbridge of July 15, 2011 (Doc. 42), it is hereby **ORDERED** that Defendant's motion is **REFERRED** to Judge Strawbridge pursuant to Rule 72(a) of the Federal Rules of Civil Procedure.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.