**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MAXINE SNYDMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 10-1344 |
| AMPER, POLITZINER & MATTIA, LLP | : | |

### O R D E R

**AND NOW, TO WIT:** This    23rd    day of September, 2011, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** s/Lynn Meyer
Lynn Meyer
Deputy Clerk

cc:    Nancy Abrams, Esquire (e-mail)
       Alan Epstein, Esquire (e-mail)
       Mark Saloman, Esquire (e-mail)
       Barry Cohen, Esquire (e-mail)
       Marvin Goldstein, Esquire (e-mail)

O:\41(b) Orders to Dismiss\Snydman v. Amper 10-1344 - 41b order.wpd